# In The United States District Court
## For The Southern District Of Texas
### Brownsville Division

United States District Court
Southern District of Texas
ENTERED

JUL 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISAIAS TOSCANO-GIL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-084 |
| | § | |
| E.M. TROMINSKI, INS DISTRICT | § | |
| DIRECTOR | § | |

## ORDER

In view of U. S. District Judge Filemon B. Vela's Order of June 27, 2002 Respondent's

Motion to Dismiss (Docket # 7) is hereby **MOOT**.

DONE at Brownsville, Texas, on this 3rd day of July, 2002.

John Wm. Black
United States Magistrate Judge