United States District Court
Southern District of Texas
FILED

OCT 1 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ISAIAS TOSCANO-GIL,

v.                                        CA B-02-084

E.M. TROMINSKI,
 INS DISTRICT DIRECTOR.

### PETITIONER'S UNOPPOSED MOTION TO DISMISS, AS MOOT

Petitioner, through the undersigned, hereby files the instant Motion to Dismiss his Petition for Writ of Habeas Corpus, on the grounds that it is now moot. An interlocutory Order and Memorandum was issued by the Court on or about June 27, 2002, and in response to same, the BIA has once again reversed itself, and granted Mr. Toscano's application for §212(c) relief, thereby restoring his status as a lawful permanent resident. *See,* Petitioner's Exhibit D, herein incorporated by reference.

Consequently, the instant case should be dismissed as moot. Counsel for Respondents concurs in this request for dismissal.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga, Esq.
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
Fed. I.D. 1178
Texas Bar No. 03052800

CERTIFICATE OF SERVICE

I certify that copies of the foregoing, with Exhibit D and proposed Order, were mailed to the Office of the Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas, 78551 this 15th day of October, 2002.

_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISAIAS TOSCANO-GIL, | |
| v. | CA B-02-084 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR. | |

EXHIBIT "D" IN SUPPORT OF
PETITIONER'S UNOPPOSED MOTION TO DISMISS, AS MOOT

U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

5201 Leesburg Pike, Suite 1300
Falls Church, Virginia 22041

**Brodyaga, Lisa S., Esquire**
**17891 Landrum Park Road**

**San Benito, TX 78586-0000**

**Office of the District Counsel/PI**
**P.O. Box 1711**
**Harlingen, TX 78551**

**Name: TOSCANO-GIL, ISAIAS**            A91-229-833

**Date of this notice: 10/09/2002**

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

Lori Scialabba
Chairman

Enclosure

Panel Members:
    SCHMIDT, PAUL W.

**U.S. Department of Justice**          Decision of the Board of Immigration Appeals
Executive Office for Immigration Review

Falls Church, Virginia 22041

---

File:   A91 229 833 - Port Isabel                Date: OCT 0 9 2002

In re:  ISAIAS TOSCANO-GIL

IN EXCLUSION PROCEEDINGS

APPEAL

ON BEHALF OF APPLICANT:    Lisa S. Brodyaga, Esquire

ON BEHALF OF SERVICE:      Lisa M. Putnam
                           Assistant District Counsel

EXCLUDABLE:   Sec.   212(a)(2)(C), I&N Act [8 U.S.C. § 1182(a)(2)(C)] -
                     Controlled substance trafficker

APPLICATION:  Section 212(c) waiver


ORDER:

      PER CURIAM. This case is presently before us on remand from the July 1, 2002, decision of the United States District Court for the Southern District of Texas. The court ordered that the Board clarify its inconsistent decisions in this case.

      On May 19, 1998, the Board sustained an Immigration and Naturalization Service appeal from an Immigration Judge's grant of the applicant's application for relief under former section 212(c) of the Immigration and Nationality Act, 8 U.S.C. § 1182(c), concluding that the adverse factors outweighed the applicant's equities. On December 21, 2001, the Board dismissed the Service appeal. This decision followed a December 4, 1998, decision from the District Court for the Southern District of Texas. The district court found that the Board had not properly considered the applicant's equities or the evidence of rehabilitation.

      At the time of the Board's December 21, 2001, decision, we were unaware that the United States Court of Appeals for the Fifth Circuit had, on April 20, 2000, reversed the district court's decision. The Fifth Circuit found that the Board's May 19, 1998, decision did not violate the applicant's due process rights. Based on that decision, on April 22, 2002, the Board granted the motion to reconsider filed by the Service, and reinstated its May 19, 1998, decision in the case. The district court's decision and order of July 1, 2002, followed that Board decision.

A91 229 833

    We have again reviewed this case on its merits. Our first decision in the matter reflected that this was a close case on the question whether the applicant was deserving of discretionary relief. That decision was issued over 4 years ago. Nothing has been brought to our attention since that time to suggest that the applicant has had any further difficulties with the law. He has now lived in this country for well over 20 years. Under these circumstances, we find that the applicant is deserving of the relief he seeks under section 212(c) of the Act.

    Accordingly, the decision of the Board dated April 22, 2002, is vacated, and the application for relief under section 212(c) is hereby granted.

_____
FOR THE BOARD