United States District Court
Southern District of Texas
ENTERED

OCT 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ISAIAS TOSCANO-GIL,

v.                                              CA B-02-084

E.M. TROMINSKI,
 INS DISTRICT DIRECTOR.

### ORDER GRANTING PETITIONER'S MOTION TO DISMISS

Upon consideration of the unopposed motion of Petitioner to dismiss the instant case as moot, and good cause appearing therefor,

**IT IS HEREBY ORDERED**, that said motion be, and the same hereby is, **GRANTED**, and

**IT IS FURTHER ORDERED** that the instant cause be dismissed, as moot.

**DONE** at Brownsville, Texas,

on the 16th day of October, 2002

_____
JUDGE PRESIDING